No. 10–1. INTERNATIONAL COMFORT PRODUCTS, LLC *v.* CENTRAL STATES, SOUTHEAST, AND SOUTHWEST AREAS PENSION

FUND, ET AL. C. A. 6th Cir. Certiorari denied. 